1

2

3

4

5

6

7

**FILED**

MAY 2 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

11

12

13

14

15

16

17

18

19

20

PALLEN MARTIAL ARTS, LLC, a California
limited liability company, and FE PALLEN, an
individual,

    Plaintiffs,

v.

SHIR MARTIAL ARTS, LLC, a California limited
liability company, f/k/a PALLEN M2-SHIR, LLC,
and SAMAR SHIRMOHAMADI, an individual,
MANUCHEHR SHIRMOHAMADI, an individual,
and MARJAN MAHJOURI, an individual; and
DOES 1-10,

    Defendants.

Case No.: 3:13-cv-5898 JST

[PROPOSED] **ORDER EXTENDING
MEDIATION DEADLINE**

Complaint Filed:  December 19, 2013
Trial Date:  None Set

21

22

23

24

25

26

27

28

- 1 -

1    PURSUANT TO THE PARTIES' STIPULATION, and good cause appearing therefor, the

2    Court hereby grants the Parties additional time to complete mediation in this matter. The parties shall

3    complete mediation on or before July 16, 2014.

4

5        IT IS SO ORDERED.

6

     DATED:  5/28    , 2014
7                        2013

8                                    Honorable Jon S. Tigar
                                     United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

[Proposed] Order Extending Mediation Deadline