UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALLEN MARTIAL ARTS, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SHIR MARTIAL ARTS, LLC,<br><br>    Defendant. | Case No.  13-cv-05898-JST<br><br>**ORDER SETTING TIME FOR DEFENDANT TO FILE REQUEST FOR CLARIFICATION**<br><br>Re: Dkt. No. 37 |

At the May 28, 2014 case management conference, counsel for Defendant asked to file a request for clarification regarding ECF No. 37.  Counsel for Defendant shall file this request by June 11, 2014.

**IT IS SO ORDERED.**

Dated: May 28, 2014

_____
JON S. TIGAR
United States District Judge