UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALLEN MARTIAL ARTS, LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SHIR MARTIAL ARTS, LLC,<br><br>　　　　Defendant. | Case Nos. 13-cv-05898-JST, 14-cv-02433-JST<br><br>**ORDER OF CLARIFICATION**<br><br>Re: ECF No. 44 |
| PALLEN MARTIAL ARTS, LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SHIRMOHAMADI, et al.<br><br>　　　　Defendants. | |

On June 12, 2014, Defendants filed a Request for Clarification of this Court's May 23, 2014 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss. ECF No. 44 (all ECF numbers in this Order refer to the docket in Case No. 13-cv-05898-JST). Defendants request the Court to clarify: (1) the effect of the statement in the May 23 Order that the date of the Order's issuance is the effective date of the operative complaint, such that Defendant would have to file an answer by June 13, 2014; (2) the propriety of further severing the cases to create a third case; (3) how the parties should file documents in the related cases—whether one document suffices for all cases, or whether separate documents should be filed simultaneously in all cases; and (4) whether the scheduling for the cases should be identical. Id.

Taking these requests in turn, the operative complaint in the lead case, No. 13-cv-05898-JST, shall be the operative complaint for all the related cases. The parties should treat the status of

that complaint as determinative for all purposes—i.e., if the Plaintiffs amend their complaint in Case No. 13-cv-05898-JST by the June 23, 2014 deadline, the amended complaint will be the operative complaint for all the related cases, and the parties shall treat the schedule and deadlines related to that complaint and case as applying to all the related cases.  The parties shall disregard the statement in the May 23 motion that "Defendants shall respond to the complaint as though it was filed on the date of this Order."  ECF No. 37 at 16.  Accordingly, there is no answer for Defendants to file on June 13, 2014.

As to further severance of the related cases, the claims of Fe Pallen, as an individual, against all Defendants, are hereby severed from Cases 13-cv-05898-JST and 14-cv-02433-JST.  This will create three cases, which will consist of the following party combinations: (1) Pallen Martial Arts, LLC v. Shir Martial Arts, LLC (Case No. 13-cv-05898-JST); (2) Pallen Martials Arts, LLC v. Shirmohamadi and all other individual Defendants (Case No. 14-cv-02433-JST); and (3) Fe Pallen v. Shir Martial Arts, LLC and all individual Defendants (Case No. to be assigned).  These cases are hereby related for all purposes.

All documents shall be filed simultaneously in all three cases.  Each of the parties' filings, however, should address in a single document all substantive issues relating to all Defendants and both Plaintiffs.  For example, if Plaintiffs file an amended complaint, the single complaint should address the claims of both Plaintiffs and should include necessary substance relating to all Defendants.  Likewise, if Defendants file a motion, the motion should address, in the single document, all substantive issues related to all claims involving any Plaintiffs and/or Defendants.

Finally, the same scheduling shall apply to all three cases.

The clerk shall create a separate case number for Fe Pallen's claims, as an individual, against all Defendants.  The parties may inform the Court if further clarification is necessary.

**IT IS SO ORDERED.**

Dated: June 12, 2014

_____
JON S. TIGAR
United States District Judge