1  James A. Lassart – 40913
   Adrian G. Driscoll – 95468
2  James F. Monagle – 236638
   MURPHY, PEARSON, BRADLEY & FEENEY
3  88 Kearny Street, 10th Floor
   San Francisco, CA  94108-5530
4  Tel:    (415) 788-1900
   Fax:    (415) 393-8087
5
   Attorneys for Defendants
6  SHIR MARTIAL ARTS, LLC

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| PALLEN MARTIAL ARTS, LLC, a California limited liability company; FE PALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>SHIR MARTIAL ARTS, LLC, a California limited liability company, f/k/a PALLEN M2- SHIR, LLC<br><br>    Defendants. | Case No.: 13-cv-05898 JST<br><br>Related Case Nos.:  14-cv-02433-JST<br>                                  14-cv-02742-JST<br><br>**[PROPOSED] ORDER EXTENDING MEDIATION DEADLINE**<br><br>Complaint Filed:   December 19, 2013<br>Trial Date:            October 19, 2015 |

1  PURSUANT TO THE FOREGOING STIPULATION, and good cause appearing therefor, the
2  Court hereby grants the Parties additional time to complete mediation in this matter.  The parties shall
3  complete mediation on or before September 5, 2014.

5  IT IS SO ORDERED.

7  DATED:  July 16, 2014

