United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALLEN MARTIAL ARTS, LLC,<br><br>    Plaintiff,<br><br>       v.<br><br>SHIR MARTIAL ARTS, LLC,<br><br>    Defendant. | Case No. 13-cv-05898-JST<br><br>**ORDER DENYING STIPULATION RE PROPOSED PROTECTIVE ORDER**<br><br>Re: ECF No. 53 |

The parties to this case filed a stipulated protective order for the Court's approval on November 26, 2014. ECF No. 53.

The Court hereby DENIES the proposed protective order. While the parties are not required to adopt the Northern District of California's Model Stipulated Protective Order for Standard Litigation, which can be found at http://www.cand.uscourts.gov/model-protective-orders, the Court finds that the parties' proposed order would benefit from the addition of, or amendment of the proposed order to conform to, the following paragraphs from the Model Order: ¶¶ 2, 5.1, 6.2, 6.3, 11.

The parties may submit to the Court a new stipulated protective order for approval. If it does not include the revisions suggested in the prior paragraph, the parties should explain why.

**IT IS SO ORDERED.**

Dated: December 19, 2014

_____
JON S. TIGAR
United States District Judge