David R. Sugden, Bar No. 218465
  dsugden@calljensen.com
Deborah A. Gubernick, Bar No. 242483
  dgubernick@calljensen.com
Cardon B. Smith, Bar No. 277532
  csmith@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel:  (949) 717-3000
Fax:  (949) 717-3100

Attorneys for Plaintiffs PALLEN MARTIAL ARTS, LLC and FE PALLEN

**FILED**

FEB 2 4 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALLEN MARTIAL ARTS, LLC, a California limited liability company, and FE PALLEN, an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>SHIR MARTIAL ARTS, LLC, a California limited liability company, f/k/a PALLEN M2-SHIR, LLC, and SAMAR SHIRMOHAMADI, an individual, MANUCHEHR SHIRMOHAMADI, an individual, and MARJAN MAHJOURI an individual; and DOES 1-10.<br><br>Defendants. | Case No. 3:13-CV-05898 JST<br><br>Related Case Nos.: 14-cv-02433-JST<br>                    14-cv-02742-JST<br><br>[PROPOSED] ORDER EXTENDING DISCOVERY AND TRIAL DATES FOR NINETY (90) DAYS<br><br><br>Complaint Filed:  December 19, 2013<br>Trial Date:       October 19, 2015 |

1   The Court, having considered the Stipulation of the Parties Extending Discovery
2   and Trial Dates, and good cause appearing therefore, hereby enters the following
3   Scheduling Order:

| EVENT | CURRENT DEADLINE | ~~[PROPOSED]~~ NEW DEADLINE |
|---|---|---|
| Fact discovery cut-off | March 19, 2015 | 4/20/15 ~~June 17, 2015~~ |
| Expert disclosures | April 24, 2015 | 5/22/15 ~~July 23, 2015~~ |
| Expert rebuttal | May 22, 2015 | 6/22/15 ~~August 20, 2015~~ |
| Expert discovery cut-off | June 19, 2015 | 7/20/15 ~~September 17, 2015~~ |
| Deadline to file dispositive motions | July 17, 2015 | 8/18/15 ~~October 15, 2015~~ |
| Pretrial conference statement due | September 1, 2015 | 10/2/15 ~~November 30, 2015~~ |
| Pretrial conference | September 11, 2015 at 2:00 p.m. | ~~December 10, 2015~~ 10/16/15 |
| Trial | October 19, 2015 at 8:30 a.m. | ~~January 18, 2016~~ 11/30/15 |

**IT IS SO ORDERED.**

Dated: __2/24/15__

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE