UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALLEN MARTIAL ARTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SHIR MARTIAL ARTS, LLC,<br><br>    Defendant. | Case No. 13-cv-05898-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 60<br><br>**THIS ORDER RELATES TO ALL CASES** |

On April 2, 2015, the parties filed a notice stating that they have settled this action. See ECF No. 60. Accordingly, all deadlines and hearings in this case are vacated. By May 18, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this order.

The Court also hereby sets a case management conference on June 3, 2015 at 2:00 p.m., which will be vacated automatically if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: April 2, 2015

                                                        JON S. TIGAR
                                                    United States District Judge