David R. Sugden, Bar No. 218465
  dsugden@calljensen.com
Deborah A. Gubernick, Bar No. 242483
  dgubernick@calljensen.com
Cardon B. Smith, Bar No. 277532
  csmith@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Plaintiffs PALLEN MARTIAL ARTS, LLC and FE PALLEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALLEN MARTIAL ARTS, LLC, a California limited liability company, and FE PALLEN, an individual. <br><br> Plaintiffs, <br><br> vs. <br><br> SHIR MARTIAL ARTS, LLC, a California limited liability company, f/k/a PALLEN M2-SHIR, LLC, and SAMAR SHIRMOHAMADI, an individual, MANUCHEHR SHIRMOHAMADI, an individual, and MARJAN MAHJOURI an individual; and DOES 1-10. <br><br> Defendants. | Case No.  3:13-CV-05898 JST <br><br> **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION** <br><br> *([Proposed] Order lodged concurrently herewith)* |

Complaint Filed: December 19, 2013
Trial Date: November 30, 2015

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the parties have reached a settlement of all claims and causes of action at issue in this case. Pursuant to the terms of that settlement, THE PARTIES HEREBY STIPULATE to the dismissal with prejudice of each and every claim in the above-referenced action. Each party is to bear its own costs, expenses and attorneys' fees incurred in this action.

Dated: April 30, 2015

CALL & JENSEN
A Professional Corporation
David R. Sugden
Deborah A. Gubernick
Cardon B. Smith


By: */s/ Deborah A. Gubernick*
Deborah A. Gubernick
Attorneys for PALLEN MARTIAL ARTS, LLC and FE PALLEN

Dated: April 30, 2015

MURPHY, PEARSON, BRADLEY & FEENY
James A. Lassart
Adrian G. Driscoll
James F. Monagle


By: */s/ James F. Monagle*
James F. Monagle
Attorneys for SHIR MARTIAL ARTS, LLC, SAMAR SHIRMOHAMADI, MANUCHEHR SHIRMOHAMADI, and MARJAN MAHJOURI

### SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to James F. Monagle, counsel for Defendants Shir Martial Arts, LLC, Samar Shirmohamadi,

1  Manuchehr Shirmohamadi, and Marjan Mahjouri, and that I have obtained Mr. Monagle's authorization to affix his electronic signature to this document.

>    */s/ Deborah A. Gubernick*
> Deborah A. Gubernick