UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALLEN MARTIAL ARTS, LLC,<br>    Plaintiff,<br>    v.<br>SHIR MARTIAL ARTS, LLC,<br>    Defendant. | Case No. 13-cv-05898-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 62<br><br>**THIS ORDER RELATES TO ALL CASES** |

The parties have filed a stipulation of dismissal dated April 30, 2015, stating that they have agreed to a settlement of this action. ECF No. 62. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: May 1, 2015

                                        JON S. TIGAR
                                 United States District Judge